PROB 12C
(3/01)

United States District Court
Southern District of Texas
FILED
JUL 2 - 2002
Michael N. Milby, Clerk

**United States District Court**

for

**SOUTHERN DISTRICT OF TEXAS**

FILED
NOV 2 0 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

3:18-M-8485-MAT

United States District Court
Southern District of Texas
ENTERED
JUL 3 - 2002
Michael N. Milby, Clerk of Court

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   **LUIS ALBERTO RAMIREZ-HERNANDEZ**   Case Number: **M-01-586-S1-01**

Name of Sentencing Judicial Officer:   **HONORABLE RICARDO H. HINOJOSA**

Date of Original Sentence:   **APRIL 22, 2002**

Original Offense:   **POSSESSION WITH INTENT TO DISTRIBUTE 22.42 KILOGRAMS OF MARIHUANA, IN VIOLATION OF 21 U.S.C. § 841(a)(1), 841(b)(1)(D) AND 18 U.S.C. § 2.**

Original Sentence:   **THREE (3) YEARS PROBATION.**

Type of Supervision: **PROBATION**         Date Supervision Commenced: **04/22/02**

Maximum Penalty Upon Revocation:   **TWO (2) YEARS PURSUANT TO 18 U.S.C. 3583(e)(3).**

---

### PREVIOUS COURT ACTION

None.

---

### PETITIONING THE COURT

**To issue an arrest warrant, and set a Revocation Hearing to show cause why Probation should not be revoked.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1.         **Mandatory Condition:**   **"SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME"**

Luis Alberto Ramirez-Hernandez violated the Mandatory Condition of Probation in that on or about April 24, 2002, he knowingly and willfully entered the United States at a place other than as designated by immigration officers, in violation of 8 U.S.C. § 1325(a)(1).

RE:  **RAMIREZ-HERNANDEZ, Luis Alberto**                                              2
Dkt. No.:   M-01-586-S1-01

On April 24, 2002, Luis Alberto Ramirez-Hernandez was encountered by U.S. Border Patrol Agents near Falcon Heights, Texas. When questioned as to his citizenship, he stated that he was a citizen and national of Mexico who had entered the United States illegally near Falcon Heights, Texas Port of Entry, by wading the Rio Grande River.

On April 25, 2002, Luis Alberto Ramirez-Hernandez pled guilty to knowingly and willfully entering the United States at a place other than as designated by immigration officers and was sentenced to three (3) years probation by the Honorable U.S. Magistrate Judge Tracy Caperton.

**2.**     **Special Condition:**     **"SHALL NOT RE-ENTER THE UNITED STATES ILLEGALLY"**

Luis Alberto Ramirez-Hernandez violated the Special Condition of Probation in that on or about April 24, 2002, he being then and there an alien entered the United States illegally and failed to report to the U.S. Probation Office upon his return to the United States.

Mr. Ramirez-Hernandez was encountered by U.S. Border Patrol Agents near Falcon Heights, Texas, on April 24, 2002 as evidenced by his arrest and conviction for knowingly and willfully entering the United States at a place other than as designated by immigration officers, in violation of 8 U.S.C. § 1325(a)(1). In addition, Mr. Ramirez-Hernandez failed to report immediately to the nearest U.S. Probation Office upon his return to the United States.

Approved:                                                                                   Respectfully submitted:

                                                                                                     by

_____                                          _____
Nancy Saenz, Supervising                                                   Dora Serna-Diaz
U.S. Probation Officer                                                         U.S. Probation Officer
                                                                                                     Date: June 25, 2002
                                                                                                     (DSD/sjl)   #58165

RE: **RAMIREZ-HERNANDEZ, Luis Alberto**                                                                                     3
Dkt. No.:    M-01-586-S1-01

THE COURT ORDERS:

[ ]   No Action

[ ]   The Probationer be summoned to appear before the United States Magistrate Judge, McAllen, Texas, on _____ at _____ for an initial appearance in order to initiate Probation revocation proceedings before the United States District Court, 10th Floor, 1701 W. Bus. Hwy. 83, McAllen, Texas, on _____ at _____ to show cause why his Probation should not be revoked.

[ ]   The issuance of a warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Further, that a revocation hearing be set to show cause why Probation should not be revoked.

[X]   The Issuance of a Warrant, and no bond be set. Further, that a revocation hearing be set to show cause why Probation should not be revoked.

[ ]   Other:

_____
Honorable Ricardo H. Hinojosa
U.S. District Judge

7/2/02
_____
Date

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| **LUIS ALBERTO RAMIREZ-HERNANDEZ** | CASE NUMBER: M-01-586-01 |

To: The United States Marshal
and any Authorized United States Officer


COPY

YOU ARE HEREBY COMMANDED to arrest <u>**LUIS ALBERTO RAMIREZ-HERNANDEZ**</u>
                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him with (brief description of offense)

VIOLATION OF THE TERMS AND CONDITIONS OF PROBATION IMPOSED BY THE U. S. DISTRICT COURT ON APRIL 22, 2002..

in violation of Title _____ United States Code, Section(s) _____

| MICHAEL N. MILBY. | CLERK, U. S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | JULY 2, 2002 - McAllen, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at <u>NO BOND</u>     by <u>HON. RICARDO H. HINOJOSA, U. S. DISTRICT JUDGE</u>
                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

TRUE COPY I CERTIFY
ATTEST·
MICHAEL N MILBY, CLERK
By _____
    Deputy Clerk

[Stamp: RECEIVED UNITED STATES MARSHAL, MCALLEN, TX, 2002 JUL -3 P 4:59]