AO 94 (Rev. 8/97) Commitment to Another District

**FILED**

NOV 27 2018

CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

UNITED STATES OF AMERICA
V.

LUIS ALBERTO RAMIREZ-HERNANDEZ

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | M-01-586-01 | 3:18-M-8485-MAT | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify) Probation Violation Petition

charging a violation of  18  U.S.C. § 3583

**DISTRICT OF OFFENSE**
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

**DESCRIPTION OF CHARGES:**

VIOLATION OF TERMS AND CONDITIONS OF PROBATION IMPOSED BY U.S. DISTRICT COURT

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify) Identity hearing was waived.

| Representation: | Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | No | X Yes | Language: | Spanish |

WESTERN DISTRICT TEXAS
**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 27, 2018
Date

MIGUEL A. TORRES, UNITED STATES MAGISTRATE JUDGE

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |